UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                                                 CASE NO. 3:24-cv-831-WWB-SJH

TORO JAX PROPERTY I, LLC, et al.,

    Defendants.
_____/

**ORDER**

This cause is before the Court on Plaintiff's Revised Applications for Clerk's Defaults Against DC Montgomery Property, LLC ("DC Montgomery"), Doc. 28; Direnzo Real Estate Management IV, LLC ("Direnzo"), Doc. 29; DJ Montgomery, LLC ("DJ Montgomery"), Doc. 30; and Toro Jax Property I, LLC ("Toro Jax"), Doc. 31 (collectively, "Motions"). The Motions are due to be **granted** and the Clerk of Court will be directed to enter defaults against DC Montgomery, Direnzo, DJ Montgomery, and Toro Jax (collectively, the "Subject Defendants").

Plaintiff certified in each of the Motions that on September 24, 2024, it served a copy of the Motions on the respective Subject Defendant. Doc. 28 at 4; Doc. 29 at 4; Doc. 30 at 4; Doc. 31 at 4. The Subject Defendants have not filed responses to the Motions or otherwise sought extensions of time to respond to the Motions, and the deadline to do so has passed.

Each of the Subject Defendants was served with process on August 20, 2024. *See* Docs. 14-17. To date, the Subject Defendants have not appeared or otherwise responded to the allegations against them. Therefore, entry of default is appropriate. *See* Fed. R. Civ. P. 55(a).

Accordingly, it is **ORDERED**:

1. The Motions (Docs. 28-31) are **GRANTED**.

2. The Clerk of Court is directed to enter defaults against Defendants DC Montgomery, LLC; Direnzo Real Estate Management IV, LLC; DJ Montgomery, LLC; and Toro Jax Property I, LLC.

**DONE AND ORDERED** in Jacksonville, Florida, on November 6, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record